# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PACHUTA, MICHELLE J | § | Case No. 12-21403 DRC |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/20/2015 in Courtroom 240,

Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __10/29/2015_____          By: JEFFREY P. ALLSTEADT_____
                                                          Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PACHUTA, MICHELLE J | § | Case No. 12-21403 DRC |
| | § | |
| Debtor | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 5,499.94 |
| leaving a balance on hand of[1] | $ | 9,500.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $        2,250.00 | $        0.00 | $        2,250.00 |
| Attorney for Trustee Fees: Cohen & Krol | $        4,710.25 | $        0.00 | $        4,710.25 |
| Other: International Sureties Ltd. | $        22.77 | $        22.77 | $        0.00 |
| Other: Cohen & Krol | $        77.30 | $        0.00 | $        77.30 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,037.55 |
| Remaining Balance | $ | 2,462.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,998.42  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  61.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance LLC assignee GE-SAM'S CLUB PO Box 2036 Warren, MI 48090 | $ 1,417.59 | $ 0.00 | $ 873.05 |
| 000002 | Asset Acceptance LLC assignee FIRST PREMIER PO Box 2036 Warren, MI 48090 | $ 420.12 | $ 0.00 | $ 258.74 |
| 000003 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 2,160.71 | $ 0.00 | $ 1,330.72 |

Total to be paid to timely general unsecured creditors   $            2,462.51

Remaining Balance   $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                                    Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-21403-DRC
Michelle J Pachuta                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: esullivan          Page 1 of 3          Date Rcvd: Oct 30, 2015
                               Form ID: pdf006          Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2015.
```
db            +Michelle J Pachuta,    5 N. Grant Street,   Apt. 10,   Westmont, IL 60559-1654
18957514      +Adventist Hinsdale Hospital,    PO Box 1965,   Southgate, MI 48195-0965
18957519      +Allied Int,    Attention: Bankruptcy,    3000 Corporate Exchange, 6th Floor,
               Columbus, OH 43231-7724
19797788       AmeriFinancial Solutions LLC,    PO Box 64488,   Baltimore MD 21264-4488
18957519      +Argent Hfs,    7715 Nw 48 St Ste 100,   Doral, FL 33166-5455
19493270      +Asset Acceptance LLC assignee GE-SAM'S CLUB,    PO Box 2036,   Warren, MI 48090-2036
19797794       Asset Management Professionals LLC,    PO Box 2824,   Woodstock GA 30188-1386
18957522      +Banco Popular,    9600 W. Bryn Mawr Ave.,   Rosemont, IL 60018-5221
18957523      +Baron Coll,    155 Revere Dr., Suite 9,   Northbrook, IL 60062-1558
19797795      +Burlington Northern Santa Fe,    233 North Broadway 2nd Fl,   PO Box 100,   Aurora IL 60505-2675
18957524      +Cda/pontiac,    Attn: Bankruptcy,   Po Box 213,    Streator, IL 61364-0213
18957526      +Central DuPage Hospital,    25 N. Winfield Road,   Winfield, IL 60190-1295
19797858      +Central DuPage Hospital,    Dept.4698,   Carol Stream, IL 60122-0001
18957525      +Central DuPage Hospital,    Mail Processing Center,   PO Box 739,   Moline, IL 61266-0739
18957527      +Central DuPage Hospital,    PO Box 4090,   Carol Stream, IL 60197-4090
18957528      +Central DuPage Physician Group,    PO Box 479,   Winfield, IL 60190-0479
19797859       Chase Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
18957530      +City of Chicago Bureau of Parking,    Attn: Bankruptcy Unit,   333 S. State Street, Suite 540,
               Chicago, IL 60604-3951
18957531      +Collectors Training Institute Of IL,    PO Box 4783,   Chicago, IL 60680-4783
18957532      +Crd Prt Asso,    Attn: Bankruptcy,   Po Box 802068,   Dallas, TX 75380-2068
19797860       Credit Protection Assn LP,    PO Box 9037,   Addison, TX 75001-9037
18957533      +Creditors Discount & Audit Co.,    415 Main Street,   PO Box 213,   Streator, IL 61364-0213
19797920      +DuPage County Health Department,    111 N County Farm Road,   Wheaton IL 60187-3988
18957535       DuPage Emergency Physicians,    PO Box 88495 Dept A,   Chicago, IL 60680-1495
18957535      +DuPage Gynecology,    1N121 County Farm Rd.,   #140,   Winfield, IL 60190-2003
19797922      +DuPage Neurosurgery,    875 Roosevelt Road Ste 2,   Glen Ellyn, IL 60137-6101
19797923      +Dynamic Physical Therapy,    440 E Roosevelt Road Ste 104,   West Chicago, IL 60185-3909
19797976      +Eric Wostl DDS,    209 N Washington,   Wheaton, IL 60187-5320
18957537       Fast Cash Advance,    2005 75th Street,   Woodridge, IL 60517
18957538      +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
19797977      +FirstSource Advantage,    7715 NW 48th St Ste 100,   Doral FL 33166-5455
19797978       Gillette & Paul Law Offices, PLLC,    515 South 700 East Ste 1F,   Salt Lake City, UT 84102-2821
19797986      +Gillette & Paul Law Offices, PLLC,    515 South 700 East,   Suite IF,
               Salt Lake City, UT 84102-2801
19797989       HealthLab,    Dept 4698,   Carol Stream, IL 60122-0001
18957540      +Healthcare Recovery So,    PO Box 51315,   Los Angeles, CA 90051-5616
19797988      +Healthcare Recovery Solutions,    PO Box 51315,   Los Angeles, CA 90051-5616
18957542      +Illinois Collection Se,    Po Box 1010,   Tinley Park, IL 60477-9110
18957543      +Jay K. Levy & Associates,    155 Revere Drive,   Suite 2,   Northbrook, IL 60062-1558
18957544      +Law Offices of Joel Cardis, LLC,    2006 Swede Rd., Suite 100,   Norristown, PA 19401-1787
18957545      +Linebarger Goggan ET AL,    Attorneys at Law,   PO Box 3585,   Houston, TX 77253-3585
18957546      +Med Busi Bur,    1460 Renaissance Dr,   Park Ridge, IL 60068-1349
19797991       Medical Business Bureau, LLC,    PO Box 1219,   Park Ridge, IL 60068-7219
18957547      +Merchants Cr,    223 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60606-6974
19798041       Merchants Interstate Collection Agency,    40 Plaza Drive,   Suite 300,
               Highlands Ranch, CO 80129
19798101       Nationwide Credit & Collection Inc.,    9919 Roosevelt Road,   Winchester, IL 60154
18957550      +Northwestern Memorial,    Physicians Group,   75 Remittance Dr., #1293,   Chicago, IL 60675-1293
18957551      +Northwestern Memorial Hospital,    PO Box 73690,   Chicago, IL 60673-7690
18957554      +Premier Monetary Solutions, Inc.,    9245 Dowdy Dr Ste 219,   San Diego, CA 92126-6389
18957555      +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
19798103       Quest Diagnostics,    PO Box 650650,   Dallas, TX 75265-0650
19798104      +Quik Payday Inc. Attn:Quikpayday.com,    Care of Network Solutions,   PO Box 459,
               Drums PA 18222-0459
19798105       RMS,    77 Hartland Street Ste 401,   PO Box 280431,   East Hartford, CT 06128-0431
18957556      +Sanford Kahn, Ltd.,    180 N. LaSalle St., Suite 2025,   Chicago, IL 60601-2612
18957557      +TCF National Bank,    800 Burr Ridge Parkway,   Burr Ridge, IL 60527-0865
19798106      +Take Care Health Systems,    1901 E Voorhees,   MS 3099,   Danville, IL 61834-4509
18957558      +The Payday Loan Store of IL, Inc.,    129 E. South Street,   Plano, IL 60545-1551
19798108     ++USFASTCASH DBA TFS CORP,    PO BOX 111,   MIAMI OK 74355-0111
               (address filed with court: US Fast Cash,    2533 N Carson St Ste 5436,   Carson City, NV 89706,
               Attn: Collection Dept)
18957560      +West Asset,    Attn: Bankruptcy,   2703 North Highway 75,   Sherman, TX 75090-2567
18957561      +West Central Anesthesiology Group,    PO Box 1123,   Jackson, MI 49204-1123
18957562      +Winfield Radiology Consultants, SC,    6910 S. Madison Street,   Willowbrook, IL 60527-5504


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18957518      +E-mail/Text: bkrpt@retrievalmasters.com Oct 31 2015 00:50:32    AMCA,   PO Box 1235,
               Elmsford, NY 10523-0935
18957515      +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Oct 31 2015 00:52:03
               Advocate Good Samaritan Hospital,    3815 Highland Ave.,   Downers Grove, IL 60515-1590
```

```
District/off: 0752-1          User: esullivan        Page 2 of 3          Date Rcvd: Oct 30, 2015
                             Form ID: pdf006        Total Noticed: 82
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19797787        E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Oct 31 2015 00:52:03
                Advocate Good Samaritan Hospital,    P0 Box 4257,   Carol Stream IL 60197-4257
18957516       +E-mail/PDF: recoverybankruptcy@afninet.com Oct 31 2015 01:01:10       Afni, Inc.,
                404 Brock Drive,    PO Box 3427,   Bloomington, IL 61702-3427
19516661        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2015 01:01:52
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK   73126-8941
18957520       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 31 2015 00:52:06       Armor Systems Co,   1700 Kiefer Dr,
                Zion, IL 60099-5105
19493682       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2015 00:50:26
                Asset Acceptance LLC assignee FIRST PREMIER,   PO Box 2036,   Warren, MI 48090-2036
18957521       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2015 00:50:26       Asset Acceptance Llc,
                Attention: Bankruptcy,   Po Box 2036,   Warren, MI 48090-2036
18957529       +E-mail/Text: contact@csicollects.com Oct 31 2015 00:52:10       Certified Services Inc,
                Po Box 177,    Waukegan, IL 60079-0177
18957534       +E-mail/Text: clerical.department@yahoo.com Oct 31 2015 00:49:40       Credtrs Coll,   Po Box 63,
                Kankakee, IL 60901-0063
18957536       +E-mail/Text: bknotice@erccollections.com Oct 31 2015 00:50:49       Enhanced Recovery Corp,
                Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
19797987        E-mail/Text: bankruptcy@gbmail.com Oct 31 2015 00:51:27       Guaranty Bank,   Collection Dept.,
                PO Box 245014,   Milwaukee, WI 53224
18957539       +E-mail/Text: bkynotice@harvardcollect.com Oct 31 2015 00:52:11       Harvard Collection,
                4839 N Elston Ave,   Chicago, IL 60630-2589
18957541       +E-mail/Text: bankruptcy@icsystem.com Oct 31 2015 00:51:32       Ic Systems Inc,   Po Box 64378,
                St. Paul, MN 55164-0378
18957548       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2015 00:50:33       Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
19798042        E-mail/Text: mmrgbk@miramedrg.com Oct 31 2015 00:50:48       MiraMed Revenue Group LLC,
                Dept. 77304,   PO Box 77000,   Detroit, Ml 48277-0304
18957549       +E-mail/Text: clientservices@northwestcollectors.com Oct 31 2015 00:50:07
                Northwest Collectors,   3601 Algonquin Rd. Suite 232,   Rolling Meadows, IL 60008-3143
18957552       +E-mail/Text: bankruptcy@onlineis.com Oct 31 2015 00:51:28       Online Collections,   Attn: Tracy,
                Po Box 1489,   Winterville, NC 28590-1489
19798102        E-mail/Text: mmrgbk@miramedrg.com Oct 31 2015 00:50:48       Pellettieri & Associates,
                991 Oak Creek Drive,   Lombard, IL 60148-6408
18957557       +E-mail/Text: bankruptcy@sw-credit.com Oct 31 2015 00:50:46       Southwest Credit Systems, L.P.,
                4120 International Pkwy, Ste 1100,   Carrollton, TX 75007-1958
19798109       +E-mail/Text: rplecas@yahoo.com Oct 31 2015 00:52:10       Veracity Financial Group, LLC,
                974 73rd St Ste 15,   Des Moines, Iowa 50324-1026
18957563       +E-mail/Text: ebankruptcy@woodforest.com Oct 31 2015 00:51:08       Wood Forest National Bank,
                PO Box 7889,   The Woodlands, TX 77387-7889
                                                                                    TOTAL: 22


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19797796        ##+Center for Derm & Skin Cancer Ltd,   3825 Highland Ave TW1-5C,   Downers Grove IL 60515-1551
19797990        ##Illinois Collection Service, Inc.,   PO Box 646,   Oak Lawn, IL 60454-0646
18957553        ##+Paul Law Office, PLLC,   230 West 200 South,   Suite 3301,   Salt Lake City, UT 84101-3432
18957559        ##+United Resource System,   10075 W Colfax Ave,   Lakewood, CO 80215-3907
                                                                         TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
          Gina B Krol     gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
          m
          Gina B Krol     on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
          m
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Spec. Counsel Peter M LaSorsa gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 5