UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PACHUTA, MICHELLE J § Case No. 12-21403 DRC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 200.00 *(Without deducting any secured claims)* | Assets Exempt: 7,200.00 |
| Total Distributions to Claimants: 2,462.51 | Claims Discharged Without Payment: 28,458.91 |
| Total Expenses of Administration: 12,537.49 | |

3) Total gross receipts of $ 15,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,537.49 | 12,537.49 | 12,537.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,049.00 | 3,998.42 | 3,998.42 | 2,462.51 |
| **TOTAL DISBURSEMENTS** | $ 31,049.00 | $ 16,535.91 | $ 16,535.91 | $ 15,000.00 |

    4)  This case was originally filed under chapter 7 on  05/25/2012 .  The case was pending for 45 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/28/2016           By:/s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claims against former employers | 1249-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 22.77 | 22.77 | 22.77 |
| ASSOCIATED BANK | 2600-000 | NA | 477.17 | 477.17 | 477.17 |
| COHEN & KROL | 3110-000 | NA | 3,140.17 | 3,140.17 | 3,140.17 |
| GINA B. KROL | 3110-000 | NA | 1,570.08 | 1,570.08 | 1,570.08 |
| COHEN & KROL | 3120-000 | NA | 77.30 | 77.30 | 77.30 |
| PETER LASORSA | 3210-600 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,537.49 | $ 12,537.49 | $ 12,537.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMCA PO Box 1235 Elmsford, NY 10523 | | 702.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital PO Box 1965 Southgate, MI 48195 | | 281.00 | NA | NA | 0.00 |
| | Advocate Good Samaritan Hospital 3815 Highland Ave. Downers Grove, IL 60515 | | 1,043.00 | NA | NA | 0.00 |
| | Afni, Inc. 404 Brock Drive PO Box 3427 Bloomington, IL 61702 | | 367.00 | NA | NA | 0.00 |
| | Allied Int Attention: Bankruptcy 3000 Corporate Exchange, 6th Floor Columbus, OH 43231 | | 301.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Argent Hfs 7715 Nw 48 St Ste 100 Doral, FL 33166 | | 425.00 | NA | NA | 0.00 |
| | Armor Systems Co 1700 Kiefer Dr Zion, IL 60099 | | 25.00 | NA | NA | 0.00 |
| | Banco Popular 9600 W. Bryn Mawr Ave. Rosemont, IL 60018 | | 445.00 | NA | NA | 0.00 |
| | Baron Coll 155 Revere Dr., Suite 9 Northbrook, IL 60062 | | 2,242.00 | NA | NA | 0.00 |
| | Baron Coll 155 Revere Dr., Suite 9 Northbrook, IL 60062 | | 491.00 | NA | NA | 0.00 |
| | Cda/pontiac Attn: Bankruptcy Po Box 213 Streator, IL 61364 | | 240.00 | NA | NA | 0.00 |
| | Central DuPage Hospital 25 N. Winfield Road Winfield, IL 60190 | | 143.00 | NA | NA | 0.00 |
| | Central DuPage Hospital Mail Processing Center PO Box 739 Moline, IL 61265 | | 681.00 | NA | NA | 0.00 |
| | Central DuPage Hospital PO Box 4090 Carol Stream, IL 60197 | | 32.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central DuPage Physician Group PO Box 479 Winfield, IL 60190 | | 222.00 | NA | NA | 0.00 |
| | Certified Services Inc Po Box 177 Waukegan, IL 60079 | | 211.00 | NA | NA | 0.00 |
| | City of Chicago Bureau of Parking Attn: Bankruptcy Unit 333 S. State Street, Suite 540 Chicago, IL 60604 | | 736.00 | NA | NA | 0.00 |
| | Collectors Training Institute 0f IL PO Box 4783 Chicago, IL 60680 | | 227.00 | NA | NA | 0.00 |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | 194.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit Co. 415 Main Street PO Box 213 Streator, IL 61364 | | 240.00 | NA | NA | 0.00 |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | 423.00 | NA | NA | 0.00 |
| | DuPage Gynecology 1N121 County Farm Rd. #140 Winfield, IL 60190 | | 20.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | 1,258.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | 368.00 | NA | NA | 0.00 |
| | Fast Cash Advance 413 East Ogden Ave. Naperville, IL 60563 | | 736.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 407.00 | NA | NA | 0.00 |
| | Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | 764.00 | NA | NA | 0.00 |
| | Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | 681.00 | NA | NA | 0.00 |
| | Ic Systems Inc Po Box 64378 St. Paul, MN 55164 | | 367.00 | NA | NA | 0.00 |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | 73.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jay K. Levy & Associates 155 Revere Drive Suite 2 Northbrook, IL 60062 | | 0.00 | NA | NA | 0.00 |
| | Law Offices of Joel Cardis, LLC 2006 Swede Rd., Suite 100 Norristown, PA 19401 | | 445.00 | NA | NA | 0.00 |
| | Linebarger Goggan ET AL Attorneys at Law PO Box 3585 Houston, TX 77253 | | 718.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 | | 413.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 | | 220.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 | | 65.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 222.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 148.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 91.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 1,053.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | 241.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital PO Box 73690 Chicago, IL 60673 | | 931.00 | NA | NA | 0.00 |
| | Northwestern Memorial Physicians Group 75 Remittance Dr., #1293 Chicago, IL 60675 | | 20.00 | NA | NA | 0.00 |
| | Online Collections Attn: Tracy Po Box 1489 Winterville, NC 28590 | | 155.00 | NA | NA | 0.00 |
| | Paul Law Office, PLLC 230 West 200 South Suite 3301 Salt Lake City, UT 84101 | | 1,775.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Premier Monetary Solutions, Inc. 9245 Dowdy Dr Ste 219 San Diego, CA 92126 | | 1,054.00 | NA | NA | 0.00 |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | 914.00 | NA | NA | 0.00 |
| | Sanford Kahn, Ltd. 180 N. LaSalle St., Suite 2025 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Southwest Credit Systems, L.P. 4120 International Pkwy, Ste 1100 Carrollton, TX 75007 | | 250.00 | NA | NA | 0.00 |
| | The Payday Loan Store of IL, Inc. 129 E. South Street Plano, IL 60545 | | 1,824.00 | NA | NA | 0.00 |
| | United Resource System 10075 W Colfax Ave Lakewood, CO 80215 | | 1,062.00 | NA | NA | 0.00 |
| | West Asset Attn: Bankruptcy 2703 North Highway 75 Sherman, TX 75090 | | 367.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Central Anesthesiology Group PO Box 1123 Jackson, MI 49204 | | 220.00 | NA | NA | 0.00 |
| | Winfield Radiology Consultants, SC 6910 S. Madison Street Willowbrook, IL 60527 | | 30.00 | NA | NA | 0.00 |
| | Wood Forest National Bank PO Box 7889 The Woodlands, TX 77387 | | 360.00 | NA | NA | 0.00 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 2,381.00 | 2,160.71 | 2,160.71 | 1,330.72 |
| 000002 | ASSET ACCEPTANCE LLC ASSIGNEE FIRST | 7100-900 | 413.00 | 420.12 | 420.12 | 258.74 |
| 000001 | ASSET ACCEPTANCE LLC ASSIGNEE GE-SA | 7100-900 | 1,332.00 | 1,417.59 | 1,417.59 | 873.05 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 31,049.00 | $ 3,998.42 | $ 3,998.42 | $ 2,462.51 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-21403   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | PACHUTA, MICHELLE J | Date Filed (f) or Converted (c): | 05/25/12 (f) |
| | | 341(a) Meeting Date: | 09/04/12 |
| For Period Ending: | 01/28/16 | Claims Bar Date: | 12/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 100.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 4. PENSION / PROFIT SHARING | 300.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLES | 6,000.00 | 0.00 | | 0.00 | FA |
| 6. Claims against former employers (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $7,400.00 | $15,000.00 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

October 05, 2015, 04:26 pm

Ready to close.

October 20, 2014, 04:45 pm

Trustee settled harrassment claim. Will review claims and prepare TFR

October 17, 2013, 02:35 pm

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/15

       /s/    GINA B. KROL
_____   Date: 01/28/16
       GINA B. KROL

FORM 2     Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-21403 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PACHUTA, MICHELLE J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0659  Checking Account |
| Taxpayer ID No: | *******3137 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/12 | 6 | Fisk, Kart, Katz & Regan Ltd. 77 W. Washington St., Ste. 900 Chicago, IL 60602 | | 1249-000 | 15,000.00 | | 15,000.00 |
| 12/27/12 | 030001 | Peter LaSorsa 1 S. Dearborn St. Suite 2100 Chicago, IL 60603 | Special Counsel Fees per Order | 3210-600 | | 5,000.00 | 10,000.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.78 | 9,993.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.29 | 9,976.93 |
| 02/13/13 | 030002 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 8.65 | 9,968.28 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.40 | 9,954.88 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.80 | 9,940.08 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.30 | 9,925.78 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.76 | 9,911.02 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.26 | 9,896.76 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.71 | 9,882.05 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,867.36 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.20 | 9,853.16 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,838.51 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.16 | 9,824.35 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.61 | 9,809.74 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.59 | 9,795.15 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.15 | 9,782.00 |
| 04/01/14 | 030003 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 8.62 | 9,773.38 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 14)*     Ver: 19.05c

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 12-21403 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PACHUTA, MICHELLE J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0659 Checking Account |
| Taxpayer ID No: | *******3137 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.54 | 9,758.84 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.04 | 9,744.80 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.49 | 9,730.31 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.00 | 9,716.31 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.45 | 9,701.86 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.42 | 9,687.44 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 13.94 | 9,673.50 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.38 | 9,659.12 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 13.90 | 9,645.22 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.34 | 9,630.88 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.32 | 9,616.56 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | 5.50 | 9,611.06 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 12.91 | 9,598.15 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.27 | 9,583.88 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 13.79 | 9,570.09 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.23 | 9,555.86 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 13.75 | 9,542.11 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.19 | 9,527.92 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 14.17 | 9,513.75 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | 13.69 | 9,500.06 |
| 11/20/15 | 030005 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | 2,250.00 | 7,250.06 |
| * 11/20/15 | 030006 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-003 | 4,710.25 | 2,539.81 |

FORM 2 Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-21403 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | PACHUTA, MICHELLE J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0659 Checking Account |
| Taxpayer ID No: | *******3137 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| * 11/20/15 | 030006 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Entered in wrong amount | 3110-003 | | -4,710.25 | 7,250.06 |
| 11/20/15 | 030007 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 77.30 | 7,172.76 |
| 11/20/15 | 030008 | Asset Acceptance LLC assignee GE-SAM'S<br>CLUB<br>PO Box 2036<br>Warren, MI 48090 | Final Distribution<br>(1-1) 33300940 | 7100-900 | | 873.05 | 6,299.71 |
| 11/20/15 | 030009 | Asset Acceptance LLC assignee FIRST<br>PREMIER<br>PO Box 2036<br>Warren, MI 48090 | Final Distribution | 7100-900 | | 258.74 | 6,040.97 |
| 11/20/15 | 030010 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 1,330.72 | 4,710.25 |
| 11/20/15 | 030011 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees | 3110-000 | | 3,140.17 | 1,570.08 |
| 11/20/15 | 030012 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees | 3110-000 | | 1,570.08 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 16) Ver: 19.05c

FORM 2 | Page: 4
--- | ---
 | Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No: | 12-21403 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | PACHUTA, MICHELLE J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0659  Checking Account |
| Taxpayer ID No: | *******3137 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******0659        Balance Forward         0.00
                     1     Deposits           15,000.00      13   Checks              14,522.83
                     0     Interest Postings       0.00      34   Adjustments Out        477.17
                                                              0   Transfers Out            0.00
                           Subtotal       $   15,000.00
                                                                   Total           $   15,000.00
                     0     Adjustments In          0.00
                     0     Transfers In            0.00

                           Total          $   15,000.00
```

                        /s/    GINA B. KROL
Trustee's Signature: _____  Date: 01/28/16
                        GINA B. KROL

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 17)                                    Ver: 19.05c